372 A.2d 416
Commonwealth v. Cowher, Appellant.

Submitted June 14, 1976. Charles J. Tague, Assistant Public Defender, and Gregory V. Smith, Public Defender, for appellant; Rob-

592

ert F. Banks, First Assistant District Attorney, and Allen E. Ertel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.